ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General
State Bar No. 281474
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6166
Fax: (916) 731-2124
E-mail: Stephanie.Albrecht@doj.ca.gov
*Attorneys for Defendants Randy W. Hawkins, President of the Medical Board of California, Laurie Rose Lubiano, Vice President of the Medical Board of California, Ryan Brooks, Secretary of the Medical Board of California, Reji Varghese, Executive Director of the Medical Board of California, and Marina O'Connor, Chief of Licensing of the Medical Board of California, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AZADEH KHATIBI, M.D., *et al.*,**<br>Plaintiffs,<br>**v.**<br>**RANDY W. HAWKINS, in his official capacity as President of the Medical Board of California, *et al.*,**<br>Defendants. | 2:23-cv-06195-DSF-E<br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br>Date: March 11, 2024<br>Time: 1:30 p.m.<br>Courtroom: 7D<br>Judge: The Honorable Dale S. Fischer<br>Trial Date: February 25, 2025<br>Action Filed: August 1, 2023 |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 11, 2024, at 1:30 p.m., at the United States District Court, Central District of California, First Street Courthouse, 350 West 1st Street, Los Angeles, California, courtroom 7D, Defendants Randy W. Hawkins, in his official capacity as President of the Medical Board of California, Laurie Rose Lubiano, in her official capacity as Vice President of the Medical Board of California, Ryan Brooks, in his official capacity as Secretary of the Medical Board of California, Reji Varghese, in his official capacity as Executive Director of the Medical Board of California, and Marina O'Connor, in her official capacity as Chief of Licensing of the Medical Board of California, will move to dismiss without leave to amend Plaintiffs' First Amended Complaint ("FAC") under Federal Rule of Civil Procedure 12, because the FAC fails to state a claim upon which relief may be granted.

This motion is based upon this Notice of Motion and Motion to Dismiss, the FAC, the concurrently filed Memorandum of Points and Authorities, all the pleadings, files, and records in this action, and such additional evidence and arguments as may be presented at the hearing of this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on January 12, 2024.

Dated: January 19, 2024

Respectfully Submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General

/s/ Stephanie Albrecht
STEPHANIE ALBRECHT
Deputy Attorney General
*Attorneys for Defendants Randy W. Hawkins, President of the Medical Board of California, Laurie Rose Lubiano, Vice President of the Medical Board of California, Ryan Brooks, Secretary of the Medical Board of California, Reji Varghese, Executive Director of the Medical Board of California, and Marina O'Connor, Chief of Licensing of the Medical Board of California, in their official capacities*