# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Azadeh Khatibi, M.D.,
Marilyn M. Singleton, M.D.,
Do No Harm

Name(s) of counsel (if any):

Joshua P. Thompson, Caleb R. Trotter

Address: 555 Capitol Mall, Suite 1290, Sacramento, CA 95814

Telephone number(s): 916-419-7111

Email(s): JThompson@pacificlegal.org; CTrotter@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ⊙ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Randy W. Hawkins, Laurie Rose Lubiano, Ryan Brooks, Reji Varghese, Marina O'Connor

Name(s) of counsel (if any):

Stephanie Albrecht

Address: 300 South Spring Street, Suite 1702, Los Angeles, CA 90013

Telephone number(s): 213-269-6166

Email(s): Stephanie.Albrecht@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                  *1*                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any): Cameron T. Norris

Address: 1600 Wilson Boulevard, Suite 700, Arlington, VA 22209

Telephone number(s): 703-243-9423

Email(s): cam@consovoymccarthy.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        2                                        *New 12/01/2018*